UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY Y. SMITH and<br>KYLE R. MCCLURE,<br><br>Defendants. | Case No. CR17-218RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

This matter comes before the Court on the parties' "Stipulated Motion to Continue Trial and Pretrial Motions Dates." Dkt. # 30. Having considered the facts set forth in the stipulated motion, the defendants' knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

1. The Court adopts the stipulated facts set forth in the motion. Specifically, the government has recently provided discovery and has indicated there is additional discovery forthcoming; the parties have not yet scheduled a Rule 16 discovery conference; and Attorney Steve Karimi, counsel for Kyle McClure, has other pending trials scheduled for November and December. The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING STIPULATED
MOTION TO CONTINUE - 1

2.   The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3.   The Court finds that the additional time requested is a reasonable period of delay, as the parties need additional time to review discovery and to schedule a Rule 16 discovery conference, and the defendants have requested more time to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and that the additional time requested between the current trial date of November 20, 2017, and the proposed trial date of February 20, 2018, is necessary to provide defense counsel reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

4.   The Court further finds that such a continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5.   Defendant Gregory Smith has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including March 5, 2018, Dkt. # 28, which will permit trial to start on February 20, 2018, per the parties' request.

6.   Defendant Kyle McClure has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including April 1, 2018, Dkt. # 29, which will permit trial to start on February 20, 2018, per the parties' request.

IT IS HEREBY ORDERED that the trial date be continued from November 20, 2017, to February 20, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to January 10, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of November 20, 2017, up to and including March 5, 2018, with regard to Mr. Smith, and up to and

1  including April 1, 2018, with regard to Mr. McClure, shall be excludable time pursuant to the
2  Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and
3  granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§
4  3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

DATED this 19th day of October, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge