UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY Y. SMITH and<br>KYLE R. MCCLURE,<br><br>Defendants. | Case No. CR17-218RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |

This matter comes before the Court on defendants' unopposed motion to continue. Dkt. # 40. Having considered the facts set forth in the stipulated motion, the defendants' knowing and voluntary waivers, and the remainder of the record, the Court finds as follows:

1. The Court adopts the stipulated facts set forth in the motion. Specifically, defendants have recently been given voluminous discovery that requires extensive forensic extraction of digital devices; discovery also yielded the evidence from a months-long investigation that included digital monitoring devices, numerous search warrants, and interdicted mailings. The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested is a reasonable period of delay, as the parties need additional time to review discovery; and that the additional time requested between the current trial date of February 20, 2018, and the proposed trial date of June 25, 2018, is necessary to provide defense counsel reasonable time to prepare for trial considering all of the facts set forth above.

4. The Court further finds that such a continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant Gregory Smith has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including July 16, 2018, Dkt. # 41, which will permit trial to start on June 25, 2018, per the parties' request.

6. Defendant Kyle McClure has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including August 1, 2018, Dkt. # 43, which will permit trial to start on June 25, 2018, per the parties' request.

IT IS HEREBY ORDERED that the trial date be continued from February 20, 2018, to June 25, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to May 16, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of February 20, 2018, up to and including July 16, 2018, with regard to Mr. Smith, and up to and including August 1, 2018, with regard to Mr. McClure, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

1 | DATED this 1st day of February, 2018.

 

 

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE - 3