The Honorable Robert Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR17-218 RSL |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO WITHDRAW |
| vs. | ) ) | |
| KYLE R. MCCLURE, | ) ) | |
| Defendant. | ) ) ) | |

This matter comes before the Court on defense counsel's motion to withdraw from representation of Mr. McClure.

Having considered the representations made in the motion, THIS COURT FINDS that there is good cause to allow Fatima A. Dilek to withdraw from representation.

NOW, THEREFORE, IT IS HEREBY ORDERED that Fatima A. Dilek is permitted to withdraw from representing Mr. McClure on this case.

Dated this 2nd day of June, 2020.

Robert S. Lasnik
United States District Court Judge

ORDER GRANTING MOTION TO WITHDRAW - 1

LAW OFFICE OF FATIMA A. DILEK
1833 N 105TH STREET, SUITE 101
Seattle, WA 98133
Ph: 206.349.8950
Fax: 206.260.271
Email: fatimadilek@gmail.com

Presented By:

s/ Fatima Dilek
Fatima Dilek #49018
Counsel for Kyle McClure
Law Office of Fatima A. Dilek, PLLC
1833 N 105th Street, Suite 101
Seattle, WA 98133
(206) 349-8950
fatimadilek@gmail.com

ORDER GRANTING MOTION TO WITHDRAW - 2

LAW OFFICE OF FATIMA A. DILEK
1833 N 105TH STREET, SUITE 101
Seattle, WA 98133
Ph: 206.349.8950
Fax: 206.260.271
Email: fatimadilek@gmail.com