THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-00218-RSL |
| Plaintiff, | |
| v. | ORDER |
| KYLE MCCLURE, | |
| Defendant. | |

After considering the parties' submissions, and based on the defendant's admission regarding alleged violation # 1, the Court hereby follows the joint recommendation, takes no action, and continues the defendant on supervised release with all conditions previously imposed. Also based on the parties' submissions, the Court strikes alleged violation # 2.

The supervised release evidentiary revocation hearing previously set for Thursday, August 18, 2022 at 9:00 a.m. is STRICKEN.

DATED this 16th day of August, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
(*United States v. McClure*, 2:17-cr-00218-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100